## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

Kenneth Montgomery
Calcasieu Parish Jail
P.O. Box 2017
Lake Charles LA 70602

**REHEARING ACTION: November 4, 2009**

**Docket Number: 09   00997-KH**

**STATE OF LOUISIANA**
**VERSUS**
**KENNETH MONTGOMERY**

**Writ Application from Calcasieu Parish Case No. 18150-08**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Oswald A. Decuir**
    **Hon. Jimmie C. Peters**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kenneth W. Montgomery** has this day been

    **DENIED – UNTIMELY.**

cc: John Foster DeRosier, Counsel for  the Respondent